**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 25 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-30241 |
| Plaintiff-Appellee, | D.C. No. 1:18-cr-02023-SAB-1 |
| v. | |
| DONAVAN THOMAS CULPS, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Stanley A. Bastian, District Judge, Presiding

Submitted August 17, 2021[**]

Before:    SILVERMAN, CHRISTEN, and LEE, Circuit Judges.

Donavan Thomas Culps appeals from the district court's judgment and

challenges his guilty-plea conviction, life sentence, and restitution order for

second-degree murder, in violation of 18 U.S.C. §§ 1111, 1153.  Pursuant to

*Anders v. California*, 386 U.S. 738 (1967), Culps's counsel has filed a brief stating

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Culps the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**